JUDGE KENNELLY
MAGISTRATE JUDGE COLE
CAT 3, Direct, PC2
RECEIVED
9/6/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
FILED
11/14/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JH
1:22-CV-4754
PC SCAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Ioan Lela

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart
John/Jane Doe
John/Jane Doe

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

**I. Plaintiff(s):**

A. Name: Ioan Lela
B. List all aliases: Ioan Lela Jr., John Lela
C. Prisoner identification number: Y49071
D. Place of present confinement: Menard Correctional Center
E. Address: P.O. Box 1000, Menard, IL. 62259

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Thomas J. Dart
Title: Cook County Sheriff
Place of Employment: Cook County Department of Correction

B. Defendant: John/Jane Doe
Title: Cook County Jails Mailroom(s) Director
Place of Employment: Cook County Department of Correction

C. Defendant: John/Jane Doe
Title: Division #11 Mailrooms Supervisor
Place of Employment: Cook County Department of Correction

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Lela v. Dart.,

B. Approximate date of filing lawsuit: 2018

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Tom Dart, Michael Miller, Michael Carberry, Martha Yoksoullian, Karen Jones Hayes.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Hon. Matthew F. Kennelly

G. Basic claim made: Unsanitary Ventalation System

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It is still pending

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 8/10/21, I was informed by my Daughter that on 6/25/21, she Mailed out a Manila envalope enclosed within it was legal research which I asked her to google for me. Legal research on police and prosecutorial misconduct, on my lead Det. Leavitt, A/s/A Murphy, A/s/A Moore and Judge James Obbish. She also stated that on 6/29/21, she mailed out another two manila envalopes with legal research within it. As of 8/10/21, I have still not recieved my mail. So on 8/10/21, I filed a grivance and filed an Appeal on 8/19/21, got denied an appeal on 8/24/21. I got shipped to I.D.O.C. on 12/13/21 and still never recieved my mail nor was it ever returned back to my daughter. I have filed a few grievances about the mishandleing of not only our legal mail but of our personal mail as well. My legal and personal mail have been delayed and assumed lost mail at that point. My grievances will show obstruction of mail and negligence.

I have spoken will both the Superintendent and Director of Div #11 about this ongoing problem in their Divison. It is C.C.D.O.C. policy to have to sign for your legal mail and it be given priority but records will show that, Division #11 treats all mail the same. In my criminal case I had a lot of police misconduct and needed these research papers as Exhibits to my post-trial motions. My daughter paid to have these papers mailed out on time to do my motions. I am holding Tom Dart accountable since this is a systemic problem at Cook County Jail where he is sheriff. I am holding Cook County Jails Mailroom Director for not holding Div #11 mailroom staff accountable to following policy when handling legal mail and personal mail. I am holding Div #11 Mailroom supervisor accountable for not following the rigorous guidelines and policies in place. The Circuit Court records will show that I have been raising the issue of both police and prosecutorial miscounduct through out my criminal case. These papers were an important part of my post-trial motions.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Seeking any and all, compensatory, nominal and punitive damages allowed under Federal law.

**VI.**   The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 20th day of August, 20 22

_____
(Signature of plaintiff or plaintiffs)

Ioan Lela
(Print name)

Y49071
(I.D. Number)

P.O. Box 1000
Menard, Il. 62259
(Address)

6                                                                                          Revised 9/2007